United States District Court
Southern District of Texas
**ENTERED**
August 25, 2025
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

| | | |
|---|---|---|
| Paul Sampson, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-25-1822 |
| | § | |
| Sigma Impact Inc. | § | |
| and Triford Investment Co., | § | |
| | § | |
| Defendants | § | |

## ORDER OF DISMISSAL

On August 23, 2025, Plaintiff, Paul Sampson, filed a Notice of Voluntary Dismissal (docket no. 14) stipulating to the dismissal of this action against remaining Defendant, Sigma Impact Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Accordingly, this Court accepts the Notice and this action is hereby **DISMISSED WITHOUT PREJUDICE** against remaining Defendant, Sigma Impact Inc..

Each party will bear its own costs.

**SIGNED** at Houston, Texas, on this 25th day of August, 2025.

_____

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE